FILED

10 AUG -9 AM 8:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN ALLIANCE, LLC, a California Limited Liability Company; LAYTHE HARTWELL, an individual; SOVEREIGN BANK, form unknown; and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 09-CV-0165 WQH WMC (mdc)<br><br>**DEFAULT JUDGMENT** |

The defendants, MERIDIAN ALLIANCE LLC and LAYTHE HARTWELL (collectively "**MERIDIAN**"), having failed to plead or otherwise defend in this action, and default having heretofore been entered upon application of plaintiff; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff, ARCH INSURANCE COMPANY's Motion for Default Judgment against MERIDIAN ALLIANCE LLC and LAYTHE HARTWELL is hereby **GRANTED.**

///

1  IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the insurance
2  policy issued by Plaintiff, ARCH INSURANCE COMPANY to Defendant
3  MERIDIAN ALLIANCE and LAYTHE HARTWELL is rescinded and Plaintiff,
4  ARCH INSURANCE COMPANY has no duty to pay benefits on the pending claim.

6  Dated: 8/5/10

THE HONORABLE WILLIAM Q. HAYES